AO 106 (Rev. 04/10) Application for a Search Warrant

## UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

for the

Southern District of Texas

APR 1 0 2026

NATHAN OCHSNER
CLERK OF COURT

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>David Alanis<br>1344 Port South Dr Port Mansfield Texas | ) ) ) ) ) ) ) | Case No.   1:26-mc-5008 |

### APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

1344 Port South Dr Port Mansfield Texas

located in the _____Southern_____ District of _____Texas_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See attachments A and B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S. Code § 922(g)(1) -<br>Unlawful acts | Felon in possesion of firearms and ammunition. |

The application is based on these facts:
See attached affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Brendan Moore, FBI Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **April 10, 2026**

_____
*Judge's signature*

City and state:   Brownsville, Texas

U.S. Magistrate Judge, Ignacio Torteya, III
_____
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

APR 10 2026

NATHAN OCHSNER
CLERK OF COURT

**United States District Court**
**Southern District of Texas**
**Affidavit in Support of an Application for a Search Warrant**

1:26-mc-5008

I, Brendan Moore, being duly sworn, hereby state the following under penalty of perjury:

### Introduction and Agent Background

1. I am employed as a Special Agent for the Federal Bureau of Investigation (FBI). I am currently assigned to the FBI Criminal Investigative Squad of the San Antonio Division's Brownsville Resident Agency (RA) where I investigate several criminal violations.

2. This affidavit is submitted in support of an application for a search warrant authorizing the search of the TARGET RESIDENCE located at 1344 Port South Dr, Port Mansfield, Texas 78598, the residence of David Alanis, for firearms, ammunition, and related evidence.

3. Based on the facts below, I believe there is probable cause to conclude that evidence of a violation of 18 U.S.C. 922(g)(1) – felon in possession of a firearm and ammunition – will be found at the TARGET RESIDENCE.

### Location to be Searched

4. The TARGET RESIDENCE is located at 1344 Port South Dr, Port Mansfield, Texas 78598. The TARGET RESIDENCE is multiple stories, white in color, has a large winding staircase and palm trees in front. All safes and/or vaults inside the TARGET RESIDENCE will be searched. More details are provided in Attachment A. The specific items to be seized are provided in Attachment B.

### Probable Cause

5. On or near October 15, 2007, David Alanis was convicted by the U.S. District Court for the Western District of Tennessee (05-20132 – USA v. Alanis et al) for possession with intent to distribute of 682 kilograms of marijuana, a felony offense punishable by more than one year of imprisonment.

6. On March 24, 2026, the Chief of Police for Port Mansfield, David Mayes, provided Special Agent Brendan Moore with an audio recording of a conversation between himself and David Alanis which took place on March 11, 2026 at the TARGET RESIDENCE. Police Chief Mayes was invited by Alanis to the TARGET RESIDENCE after work. Chief Mayes agreed after being invited several times prior by Alanis. Chief Mayes showed up in plain clothes to this voluntary meeting and recorded the conversation that followed. During the recording, Alanis can be heard discussing several firearms he stated he possessed, including but not limited to a Sears lever action shotgun, a Browning superposed shotgun, and a Beretta shotgun. At this visit at the TARGET RESIDENCE, Chief Mayes saw numerous boxes of ammunition in plain sight, all newer boxes, including pistol and shotgun ammunition. Chief Mayes also saw a large immovable gun vault underneath the staircase at the TARGET RESIDENCE.

7. Based on my training and experience, weapons from Marlin Firearms Company (parent company to Sears lever action shotgun) and Beretta are manufactured outside of the state of Texas and therefore must have traveled in interstate commerce before arriving in the state.

8. Eric Kennedy, a resident of Port Mansfield, independently reported visiting the TARGET RESIDENCE and observing firearms. Kennedy is the Chairman of the Board of Commissioners for the Willacy County Navigation District. Kennedy used to work with Alanis as a board member for the Port Mansfield Public Utility District. Kennedy was invited by Alanis to the TARGET RESIDENCE in Port Mansfield about three or four times. During these visits, Kennedy heard Alanis say, "my gun room" and "my guns" on several occasions, as recent as New Years 2026. Less than a year ago, Kennedy observed a portion of a gun vault under the stairs of the TARGET RESIDENCE and gun safes in the garage. In the gun vault, Kennedy observed at least 15-20 firearms. Kennedy observed Alanis open the vault at the TARGET RESIDENCE and handle firearms. Kennedy described the vault as a built-in structure and not something that could be moved.

9. Reporting from Port Mansfield Police Department and witness statements tie Alanis to the TARGET RESIDENCE and establish it as his permanent residence. On August 6, 2023, Port Mansfield Police Department, Officer De Leon, performed a welfare check at the TARGET RESIDENCE. Alanis was present and invited Officer De Leon inside his property. March 27, 2026, Officer De Leon drove past the TARGET RESIDENCE and observed a 38 ft, Fountain Vessel, registration 5249BE, registered to David Alanis. On April 4, 2026, Officer De Leon observed through camera footage activity of David Alanis and another Hispanic male at the South Boat Ramp in Port Mansfield at approximately 8:32 am. Invitations to the TARGET RESIDENCE were extended by Alanis to Police Chief Mayes and Eric Kennedy, who were both given limited tours of the TARGET RESIDENCE by Alanis, showcasing various possessions of his, including but not limited to firearms.

### Conclusion

9. Based on the evidence above, probable cause exists that Alanis is a convicted felon under U.S. law, is knowingly in possession of multiple firearms, and these firearms traveled in interstate commerce, violating 18 U.S.C. 922(g)(1). I submit that this affidavit supports probable cause for a search warrant of the TARGET RESIDENCE described in Attachment A to seek the items described in Attachment B.

Date: <u>April 10, 2026</u>
City and State:  <u>Brownsville, Texas</u>

_____
Brendan Moore, Special Agent
Federal Bureau of Investigation

_____
Ignacio Torteya, III
United States Magistrate Judge

## Attachment A

The TARGET RESIDENCE to be searched is located at 1344 Port South Dr, Port Mansfield, Texas 78598. The TARGET RESIDENCE is multiple stories, white in color, has a large winding staircase and palm trees in front. The TARGET RESIDENCE has three car garages and borders the water in Port Mansfield. The TARGET RESIDENCE includes multiple safes and vaults which will be included in the search.



## **Attachment B**

Property to be seized: all items which constitute evidence, fruits, or instrumentalities of a violation of 18 U.S.C. § 922(g)(1):

- Firearms
- Ammunition
- Firearm accessories (magazines, holsters, cases)
- Documents or records showing ownership, possession, or control of firearms
- Photographs or digital media depicting firearms
- Any evidence identifying the occupants or owners of the residence
- Fingerprint analysis of safes, guns, ammunition
- Any camera or surveillance systems which may have information regarding house access and access to safes or other storage areas of firearms