AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:26-mc-5008 | Date and time warrant executed: 04/14/2026  6:00am | Copy of warrant and inventory left with: House Residence - Alanis Family |
| Inventory made in the presence of : FBI Search Team Lead Angela Pettit  FBI on-scene Commander Albert Fonseca | | |
| Inventory of the property taken and name of any person(s) seized: | | |

- See attatched FBI FD-597 Receipt for Property.

- No Persons Seized

| Certification |
|---|

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/16/2026

_Executing officer's signature_

Brendan Moore, Special Agent
_Printed name and title_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

APR 21 2026

NATHAN OCHSNER
CLERK OF COURT

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

### for the

Southern District of Texas    ▼

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>David Alanis<br>1344 Port South Drive, Port Mansfield, Texas 78598 | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.    1:26-mc-5008

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Southern _____ District of _____ Texas _____
*(identify the person or describe the property to be searched and give its location)*:

See attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before *April 24, 2026* *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Ignacio Torteya, III _____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued:    *April 10, 2026* _____

_____
*Judge's signature*

City and state:    Brownsville, Texas _____

U.S. Magistrate Judge, Ignacio TOrteya, III
*Printed name and title*

FD-597 (Rev. 4-13-2015)

Page 1 of 8

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 500E-SA-4123565

On (date) April 14, 2026

item (s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) _____

(Street Address) 1344 Port South Drive.

(City) Port Mansfield, Texas, 78598

Description of Item (s):

1.) One colt Gold cup national Match 1911 w/ Holster w/ Magazine, in weapon not charged Chambered with 7 rounds - caliber 45 auto, serial# 78NS7057

2.) One Black Glock 43x w/ empty Chamber; Magazine inserted (10 rounds) - caliber 9mm serial# B2DK456.

3.) One Black sig saver P238 in Holster w/ empty chamber; safety off, magazine inserted, 4+ Rounds - caliber 380 AUTO - serial # 27A1516961

4.) One Black Beretta cougar F w/ Holster, empty Chamber, Magazine inserted w/ 8 + Rounds - caliber 40s & w/ Serial # 0185566 MC - Hornady 45auto, 20 round

5.) One Sako IV imported By Berettausa, empty chamber, Magazine inserted 4 rounds - caliber 25-06 Rem - serial # 757797 w/ Swarovski scope & leather sling

6.) One Browning Arms partially disassembled, empty magazine - caliber 300 win mag serial # 712166 M71

7.) One Black iphone (NOT seized) To be extracted and returned

8.) eight fingerprints

9.) One STHG 20 ga - Shotgun

10.) One IC Montgomery

Received By: _[signature]_ (Signature)

Received From: _____ (Signature)

Printed Name/Title: Brandon Moore Special Agent   Printed Name/Title: _____

FD-597 (Rev. 4-13-2015)                                                    Page 2 of 8

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: 500E-SA-4123565

On (date) April 14, 2026            item (s) listed below were:
☐ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) _____

(Street Address) 1344 port south Drive

(City) port Mansfield, Texas, 78598

Description of Item (s): 11) Three Fingerprint cards

12) Green Ammo Box containing: 1 Box Federal large Magnum rifle primers X 1000; 1 Box remington 6½ small rifle primers X 1000; 5 Boxes @ 50 rounds each American steel 45 mm rounds; 3 boxes @ 25 each Fiocchi 28ga shotgun shells; 2 Boxes @ 20 each vital shok 375 rifle Rds, 1 Box @ 20 each FED Premium 7mm rifle Rds, 1 Box @ 20 each vital shok 270 weatherby rifle Rds, 2 Boxes @ 50 ea. Fiocch 223 rifle, RDS 1 Box 20 ea winchester 7mm rifle Rds, 1 Box @ 20 each Remington 7mm rifle Rds; 2 Box @ 20 ea Fed Ammunition 45 colt Rds, 1 Box @ 50 ea Fiocch, 45 Auto Rds, Winchester 45 auto Rds (37 Rds) Winchester 40 w (34 Rds), Fiocchi 357 mag (44 Rds); Fed Ammunition 40 s&w (48 Rds) Superformance 243 win (10 Rds), Fed premium 300 win (15 Rds); Superformance 243 win (5 Rds); Fed Ammunition 20 shells (24 Rds) American eagle 357 Magnum (44 Rds) Remington 12ga shells (14 Rds) Remington 300 cartridges (13 live) Federal 223 cal (29 Rds) Remington 300 savage (18 Rds) 10 mm Rounds (5 Rds) 6.5 creedmore (59 Rds in blue plastic case) ziploc bag w/ 30 cal Rds (20 Rds) ziploc bag w/ 25-06 Rds (6 Rds), Hornady superformance 257 cal (20 rounds) Remington 410 shotgun shells (25 rounds) Remington 410 shotgun shells (15 Rds.)

Received By: _____ (Signature)        Received From: _____ (Signature)

Printed Name/Title: Brendan Moore, Special Agent    Printed Name/Title: _____

FD-597 (Rev. 4-13-2015)　　　　　　　　　　　　　　　　　　　Page _3_ of _8_

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: _500E-SA-4123565_

On (date) _April 14, 2026_　　　item (s) listed below were:
☑ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) _____

(Street Address) _1344 Port South Drive_

(City) _Port Mansfield, TX 78598_

Description of Item (s): 13) Three leather gun holsters (did not take)
14) Magazine w/ unknown 45 cal rounds.
15) Seven live rounds of 45 caliber
16) 16 RDS of RP7mm, 50 RDS of field Dynamics 223; 39 RDS of WIN 223; 49 RDS of field Dynamics 204; 33 RDS Federal Premium 45 aut) 20 RDS Hornady 223 Rem, 20 RDS Hornady 257 Rob. 50 RDS Freedom Ammunitions 45 Ato; 20 RDS 6.5 creedmoor; 29 RDS 22-250 Rem winchester 20 RDS 300 Win Mag Remington; 8 RDS 243 Win. Hornady loose Rds (1-6mm, 3-22-250, 3-243, 1-300 WIN)
17) One shotgun serial # 8430 parker Bros
18) 20 cartridges of Hornady American white tail 25-06 Rem 117gr interlock
19) 100 shotgun shells of 28ga Ficchi, 25 shotgun shells of 28ga Remington, 23 shotgun shells of 20ga. Federal, 1 shotgun shell of 20ga Remington, 1 shotgun shell of 12ga Federal, shotgun shell of 12ga Xpert; 2 rounds of 357 Ficchi; 39 Rounds of 45 Ato Ficchi; 50 Rds of 5.7x28 HM FNH; 34 Rds of 22 long; 21 Rds of 22 short.
20) 4 live RDS 6.5 creedmoor (S&B)
21) Hornady 25-06 Rem (3RDS) Weatherby 257 winymag (8RDS) Live RDS
22) Empty 5.56 PMAG Magazine.

Received By: _____　　　Received From: _____
　　　　　　　　(Signature)　　　　　　　　　　　　　　　　　　　　　　　(Signature)

Printed Name/Title: _Brendan Moore, Special Agent_　Printed Name/Title: _____

FD-597 (Rev. 4-13-2015)

Page 4 of 8

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: SCDE-SA-4123565

On (date) April 14, 2026

item/(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) _____

(Street Address) 1344 port south Drive

(City) Port Mansfield, TX 78598

Description of Item (s): 23) One white in color "My Q" camera w/ "Hi" written on Base
24) One camera white in color HDCVI-SIN 708ADS1PAA4B893
25) One white in color "Capture" HDCVI camera, SIN 708AD 51PAA528100.
26) One white in color 'Capture' HDCVI camera, SIN 708ADS1PAA32FY2 ~~133SW Mag +5RDS~~
27) Four empty gun cases. Did not Take
28) Colt Python .357 caliber S/N KS5008
29) Colt Revolver Python .357 caliber S/N E9919S
30) Colt Revolver Python .357 caliber S/N E44464
31) Ed Brown pistol classic custom .45 caliber S/N 1333S w/
32) Glock 47 9mm S/N CFFR887 w/ 3 Empty Magazines Mag +5Rds
33) Colt MK-IV series 70 Gov/ Cup .45 caliber S/N 70N6005S w/ Mag w/ unknown Rds.
34) Lugar -22 pistol S/N 79273 w/ one empty Mag.
35) Colt Revolver .45 caliber S/N 164888
36) Colt Peacemaker Revolver .22 caliber S/N 6139456
37) Colt M4 carbine 556 S/N LE243176 w/ Leica scope, Rubber sling, Mag w/ unknown Rds.
38) Beroaira premier 6.5cm S/N FO312I w/ Hawke Scope.

Received By: _____ (Signature)

Received From: _____ (Signature)

Printed Name/Title: Brendan Moore Special Agent

Printed Name/Title: _____

FD-597 (Rev. 4-13-2015)

Page 5 of 8

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 5DE-SA -41235605

On (date) April 14,2026

item (s) listed below were:
- [✓] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) _____

(Street Address) 1344 Port Suth Drive

(City) Port Mansfield, TX 78598

Description of Item (s):
39.) Nester M4B 280 Ack BHP S/N NU5244 w/ Zeiss scope & paracord sling
40.) Saiga 12 S/N #1142.9875 w/ Drum mag & Sling.
41.) Action Arms 332 S/N Mk 8773S w/ empty mag w/ vortex scope
42.) Thompson 1927 A1 S/N 24746
43.) Remington 1100 S/N 319102X
44.) Browning 2000 S/N 2796BC47
45.) Browning Invector Plus S/N 11 0f 250
46.) Beretta Xplor Action 20 ga. S/N XA 102243
47.) Beretta X plor action Ducc unlimited 12ga S/N 11670U2016
48.) Benelli Super Sport S/N F295276c.
49.) Spas 12ga shotgun S/N AA15020
50.) Remington wing master 870 12ga. S/V 118843HV
51.) Armi Sport 1892 Lever Action rifle s/N 002 323 NRA
52.) KBI 1873 Revolver S/N NRA 202323
53.) Chiappa Firearms .44 cal rem mag live action S/N+4418
54.) SIG Sauer Cross 6.5cm w/ mag S/N 70.60394
55.) Remington Model 700 S/N S6737S164 w/ scope & sling.
56.) Kimber 8400 S/N KW2B364 w/ scope & sling

Received By: _____(Signature)_____

Received From: _____(Signature)_____

Printed Name/Title: Brendan Moore Special Agent

Printed Name/Title: _____

FD-597 (Rev. 4-13-2015)

Page 6 of 8

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: SOOE-SA- 4123565

On (date) April 14, 2026

item (s) listed below were:
☑ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) _____

(Street Address) 1344 Port South Drive

(City) Port Mansfield, TX, 78598

Description of Item (s): 57) Remington model 700 AAC-C10 S/N RR579716 6MM w/ scope and Mag (2Rds)

58) Remington Model 700 w/ scope and sling s/N RR306066

59) Sako II. w/ conquest scope. S/N 440669.

60) Beretta Mako II w/ swarovski scope .270cal s/N 216961

61) Saur 202. 300 win mag w/ swarovski scope & sling s/N NS30960

62) Savr 202 .375 w/ scope S/N N53091

63.) Browning X Bolt .223 rifle S/N 09786022354 w/ conquest scope and empty mag.

64.) Howa model 1500 20-1 Ruger S/N B164078 w/ scope & sling

65) Weatherby Mark V S/N H117916 460 Magnum w/ scope.

66) Winchester Model 42, 410 cal s/N 79853.

67) Browning Arms B-S1S Special steel 12ga. S/N 03262PX1S8

68) Browning Arms Citori s/N: 05371MY131 12ga.

69.) Ithica Model 200E 12ga S/N S5280Q473.

70.) Winchester model 101 20ga. S/N K262740

71) Browning over & under lightening 12ga S/N 17443573

72) Browning Arms CTS Elite 12ga. S/N 14024MP131

Received By: _____ (Signature)

Received From: _____ (Signature)

Printed Name/Title: Brendan Moore Special Agent    Printed Name/Title: _____

FD-597 (Rev. 4-13-2015)                                                                                                                  Page __7__ of __8__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 50DE-SA-4123565

On (date) April 14, 2026

item(s) listed below were:
- ☑ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) _____

(Street Address) 1344 Port South Drive

(City) Port Mansfield, TX 78598

Description of Item (s):

73) Weatherby Athena S/N DA28764

74.) Beretta 692 12ga. S/N 8X69590A.

75.) Beretta Diamond Pigeon 28ga. S/N Z88495

76.) Browning Arms special steel 12ga S/N 58893

77.) Browning Arms CTS Elite 12ga S/N 0S619MT131

78) Savage Arms 300 Model 99 S/N 411841 w/ strap.

79) Sako L579 Rifle 250 cal S/N 32184

80) Steyer Rifle w/ scope/sling S/N 19173

81.) L579 Rifle w/ Scope S/N 67312.

82.) Browning .22 win ~~w/ Nikon scope~~ S/N ~~VS2424847~~ 02127ZX212

83.) Vanguard .223 win w/ Nikon scope S/N VS2424484

84) Remington .30 cal rifle S/N 2699 w/ scope.

85.) Browning 223 rifle w/ strike eagle scope and empty mag S/N 0S4157T341

86) Winchester Model 94/0410 shotgun S/N TX 00121

87.) Winchester 94 AE 30-30 cal S/N 6195285

88) Browning 1886. 4570 S/N 01309MT 1889

89) Stoeger 45 colt rifle s/N W13241

90) Stoeger rifle .38 cal S/N W23912

Received By: _[signature]_
(Signature)

Received From: _____
(Signature)

Printed Name/Title: Brendan Moore Special Agent

Printed Name/Title: _____

FD-597 (Rev. 4-13-2015)

Page __8__ of __8__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 5CDE-SA-4123565

On (date) April 14, 2026

item (s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) _____

(Street Address) 1344 Port South Drive

(City) Port Mansfield, TX 78598

Description of Item (s): 91) Sears Model 54. 3030 S/N Y105612
92) Kent 12 ga. Live shotgun shells (11 total)

Received By: _____ (Signature)

Received From: _____ (Signature)

Printed Name/Title: Brandon Mowe Special Agent

Printed Name/Title: _____

## Attachment A

The TARGET RESIDENCE to be searched is located at 1344 Port South Dr, Port Mansfield, Texas 78598. The TARGET RESIDENCE is multiple stories, white in color, has a large winding staircase and palm trees in front. The TARGET RESIDENCE has three car garages and borders the water in Port Mansfield. The TARGET RESIDENCE includes multiple safes and vaults which will be included in the search.



## Attachment B

Property to be seized: all items which constitute evidence, fruits, or instrumentalities of a violation of 18 U.S.C. § 922(g)(1):

- Firearms
- Ammunition
- Firearm accessories (magazines, holsters, cases)
- Documents or records showing ownership, possession, or control of firearms
- Photographs or digital media depicting firearms
- Any evidence identifying the occupants or owners of the residence
- Fingerprint analysis of safes, guns, ammunition
- Any camera or surveillance systems which may have information regarding house access and access to safes or other storage areas of firearms